JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ARMEN SARAFIAN,<br><br>Plaintiff.<br><br>v.<br><br>RANJIT THEOFILE SHENOY et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 25-8051 FMO (AJRx)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of September, 2026.

/s/
Fernando M. Olguin
United States District Judge